

EXHIBIT G

**EXHIBIT G**

**Sample Infringement of U.S. Patent No. 6,289,319 by Azure Standard**

The following analysis shows an example of how each element of Claim 1 is literally present in the Accused Instrumentality. Additionally, to the extent that some claim elements might later be deemed missing under a literal infringement analysis (e.g., due to future claim construction), Landmark alternatively demonstrates the presence of equivalents for those elements under the doctrine of equivalents. Further in the event that there is litigation between the parties, Landmark expects that these charts will be updated to reflect facts and information obtained during discovery.

| U.S. PATENT NO. 6,289,319 | INFRINGEMENT BY REPRESENTATIVE ACCUSED INSTRUMENTALITY |
|---|---|
| **Claim 1** | |
| An automatic data processing system for processing business and financial transactions between entities from remote sites which comprises: | Azure Standard's website (https://www.azurestandard.com//, hosted at IP address 72.14.190.253 as of the preparation of these Contentions), together with the one or more servers that host it, and the representative terminal that accesses it, comprises an automatic data processing system for processing business and financial transactions between entities from remote sites, including the elements below. The representative terminal discussed below accesses the Azure Standard website through an Opera browser version 43.0, executing the HTML and JavaScript codes for Azure Standard's website. Upon information and belief, other remote terminals operate in the same manner to infringe as charted for the representative terminal. These codes are retrieved from, and controlled by, one or more "nginx/0.7.65" servers used in conjunction with Azure Standard's website. |

| Site | http://azurestandard.com | Netblock Owner | Linode |
|---|---|---|---|
| Domain | azurestandard.com | Nameserver | ns0.dnsmadeeasy.com |
| IP address | 72.14.190.253 | DNS admin | netadmin@azurestandard.com |
| IPv6 address | Not Present | Reverse DNS | li105-253.members.linode.com |
| Domain registrar | unknown | Nameserver organisation | whois.wildwestdomains.com |
| Organisation | unknown | Hosting company | Linode - Dallas datacenter |
| Top Level Domain | Commercial entities (.com) | DNS Security Extensions | unknown |
| Hosting country | us | | |

**⊟ Hosting History**

| Netblock owner | IP address | OS | Web server | Last seen | Refresh |
|---|---|---|---|---|---|
| TIGER MOUNTAIN TECHNOLOGIES PO BOX 1574 MORTON WA US 98356-1574 | 65.172.200.61 | Linux | nginx/0.7.65 | 6-Mar-2011 | |
| TIGER MOUNTAIN TECHNOLOGIES PO BOX 1574 MORTON WA US 98356-1574 | 65.172.200.23 | Linux | Apache | 15-Aug-2006 | |

https://toolbar.netcraft.com/site_report?url=azurestandard.com

Azure Standard's website exists for the purpose of engaging in transactions with users who access it and place orders thereon from remote sites. The representative terminal is remote from the one or more servers on which Azure Standard's website is hosted, and it is accessed for the purpose of placing orders for products. The representative terminal is believed to share the same critical characteristics as the terminals used by many of Azure Standard's customers who are induced by Azure Standard to infringe, as well as the terminals Azure Standard uses internally to directly infringe by designing, testing, accessing, and using the Azure Standard website.

Azure Standard uses one or more "nginx/0.7.65" servers, here the claimed "central processor," to host its website at https://www.azurestandard.com// (IP address 72.14.190.253, as of the preparation of these Contentions). *See supra.* Azure Standard's website is programmed with HTML and JavaScript codes to process a variety of inquiries and orders transmitted from the representative terminal, located remotely.

| | |
|---|---|
| a central processor programmed and connected to process a variety of inquiries and orders transmitted from said remote sites; | |

```
▲<head>…</head>
▼<body ng-class="[pageName, showCart, {Superuser: userState.superUserId, 'is-notUserOrder':
!activeOrderState.order.customer, 'is-noActiveOrder': !activeOrderState.order}]" class="is-notUserOrder page-
home false" style>
  ▲<noscript>…</noscript>
  <!----->
  ▲<div>…</div>
  ▲<script src="//cdn.polyfill.io/v2/polyfill.min.js?
features=es6.IntersectionObserver&unknown=polyfill&flags=gated"></script>
  <script src="//cdn.jsdelivr.net/npm/clipboard-polyfill@2/build/clipboard-polyfill.min.js" async></script>
  <script src="//cdn.jsdelivr.net/npm/jquery@3.2/dist/jquery.min.js"></script>
  <script src="//cdn.jsdelivr.net/npm/angular@1.5/angular.min.js"></script>
  <script src="//cdn.jsdelivr.net/gh/azurestandard/azure-angular-providers@2.0/azure-providers.min.js"">
  </script>
  <script src="//cdn.jsdelivr.net/npm/@uirouter/angularjs@1.0/release/angular-ui-router.min.js"></script>
  <script src="//cdn.jsdelivr.net/npm/oclazyload@1.1/dist/ocLazyLoad.min.js"></script>
  <script src="//cdn.jsdelivr.net/npm/flickity@2.0/dist/flickity.pkgd.min.js"></script>
  <script src="//cdn.jsdelivr.net/combine/npm/bootstrap@3.3/dist/js/bootstrap.min.js,npm/angular-ui-
bootstrap@1.3/dist/ui-bootstrap-tpls.min.js"></script>
  <script src="//cdn.jsdelivr.net/npm/algoliasearch@3.28/dist/algoliasearch.angular.min.js"></script>
  <script src="//cdn.jsdelivr.net/combine/npm/angular-sanitize@1.5/angular-sanitize_1.4/angular-bind-html-
compile.min.js,npm/countdown@2.6/countdown.min.js"></script>
  <script src="//cdn.jsdelivr.net/combine/npm/raven-js@3/dist/raven.min.js,npm/raven-js@3/dist/plugins/
angular.min.js" crossorigin="anonymous"></script>
  ▲<script>…</script>
  <script src="routes.module.7b85e17e.js"></script>
  <script src="azure.algolia.module.d9239202.js"></script>
```

Excerpt of Code found at https://www.azurestandard.com/

The representative terminal, remote from the Azure Standard server, transmits inquiries about
various products to the Azure Standard website, as well as orders for those products.



https://www.azurestandard.com/



https://www.azurestandard.com/account

Landmark contends that the representative terminal is representative of the computers and other devices (such as laptops, tablets, and smartphones) used by Azure Standard's customers, as well as by Azure Standard itself, which also transmit inquiries and orders to the Azure Standard website and the one or more servers that host it.

The one or more servers hosting Azure Standard's website, here the claimed "central processor," include(s) the following elements:

said central processor including:

| | |
|---|---|
| means for receiving information about said transactions from said remote sites; | Azure Standard's website and the one or more servers that host it receive information about transactions from remote sites via a modem communicating through the internet, here the claimed "means for receiving." *See supra* (showing that Azure Standard's website is hosted by servers connected to the internet at IP address 72.14.190.253 ). |
| | Alternatively, and to the extent that the claimed "means for receiving" is construed narrowly, Landmark contends that Azure Standard's website and the one or more servers that host it employ the claimed "means for receiving" through the doctrine of equivalents. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. Interim physical layers and protocols (i.e., 3G, 4G, LTE and WiFi) which reach the internet are equivalents of communication through modems connected to analog telephone lines. |
| means for retrievably storing said information; | Azure Standard's website and the one or more servers that host it retrievably store information about transactions in RAM Memory and on hard disk drives. Azure Standard's website retrievably stores records of user account activity and orders in its "My Account" sections. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. *See supra.* |



https://www.azurestandard.com/



Azure Standard's website also retrievably stores information relating to user-selected products in its Cart functionality:

https://www.azurestandard.com/shop/category/food/beans-peas/28402

| at least one terminal at each of said remote sites including a data processor and operational sequencing lists of program instructions; |  https://www.azurestandard.com/shop/product/food/beans-peas/black/dry/black-beans-organic/6625?package=BE094<br><br>The representative terminal is an HP Compaq 6200 Pro Desktop PC (here, the claimed "terminal") uses an Intel Pentium G620 Dual-Core Processor (the claimed "data processor"). |

*Overview*

HP Compaq 6200 Pro Microtower Business PC



# QuickSpecs

HP Compaq 6200 Pro Series

*Standard Features and Configurable Components (availability may vary by country)*

**Processor**

Intel® Pentium® Processors
Intel Pentium G620 Processor
2.60 GHz, 3M cache, 2 cores/2 threads
Intel HD Graphics

(excerpted from "QuickSpecs" for HP Compaq 6200 Pro Series)

The representative terminal is equipped with the Windows 7 operating system and Opera browser programs, which support the Javascript and HTML of Azure Standard's website. The sample of code from Azure Standard's website below shows that Javascripts and HTML (collectively, the claimed "operational sequencing lists of program instructions") are sent to the representative terminal whenever the site is accessed by its Opera browser. The representative terminal processes the scripts locally in order to use and display the Azure Standard website.

| | |
|---|---|
| means for remotely linking said terminal to said central processor and for transmitting data back and forth between said central processor and said terminal; | ```html
<head>...</head>
<body ng-class="[pageName, showCart, {Superuser: userState.superuserId, 'is-notUserOrder':
!activeOrderState.order.customer, 'is-noActiveOrder': !activeOrderState.order}]" class="is-notUserOrder page-
home false" style">
<noscript>...</noscript>
<!----->
<div>...</div>
<script src="//cdn.polyfill.io/v2/polyfill.min.js?
features=es6_IntersectionObserver&unknown=polyfill&flags=gated"></script>
<script src="//cdn.isdelivr.net/npm/clipboard-polyfill@2/build/clipboard-polyfill.min.js" async></script>
<script src="//cdn.isdelivr.net/npm/jquery@3.2/dist/jquery.min.js"></script>
<script src="//cdn.isdelivr.net/npm/angular@1.5/angular.min.js"></script>
<script src="//cdn.isdelivr.net/gh/azurestandard/azure-angular-providers@2.0/azure-providers.min.js">
</script>
<script src="//cdn.isdelivr.net/npm/@uirouter/angular@1.0/release/angular-ui-router.min.js"></script>
<script src="//cdn.isdelivr.net/npm/oclazyload@1.1/dist/oclazyload.min.js"></script>
<script src="//cdn.isdelivr.net/npm/flickity@2.0/dist/flickity.pkgd.min.js"></script>
<script src="//cdn.isdelivr.net/combine/npm/bootstrap@3.3/dist/js/bootstrap.min.js,npm/angular-ui-
bootstrap@3.3/dist/ui-bootstrap-tpls.min.js"></script>
<script src="//cdn.isdelivr.net/npm/algoliasearch@3.28/dist/algoliasearch.angular.min.js"></script>
<script src="//cdn.isdelivr.net/combine/npm/angular-sanitize@1.5/angular-sanitize_1.4/angular-bind-html-
compile.min.js,npm/countdown@2.6/countdown.min.js"></script>
<script src="//cdn.isdelivr.net/combine/npm/raven-js@3/dist/raven.min.js,npm/raven-js@3/dist/plugins/
angular.min.js" crossorigin="anonymous"></script>
<script>...</script>
<script src="routes.module.7b85e17e.js"></script>
<script src="azure.algolia.module.d9239202.js"></script>
```

Sample of Javascript and HTML downloaded to representative terminal from:
<u>https://www.azurestandard.com</u>

The representative terminal uses a "ubee" UBCl302-BA00 modem communicating through the internet, here the "means for remotely linking," to transmit back and forth between the computer and Azure Standard's website and one or more servers. The representative terminal receives data when it accesses the website, and sends data to the one or more Azure Standard servers when the user places an order, makes a search query or menu selection, or logs into his/her account.

Alternatively, and to the extent that the claimed "means for remotely linking" is construed narrowly, Landmark contends that the representative terminal employs the claimed "means for remotely linking" through the doctrine of equivalents. Interim physical layers and protocols (i.e., 3G, 4G, LTE and WiFi) which reach the internet are equivalents of communication through |

| | modems connected to analog telephone lines. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. |
|---|---|
| said terminal further comprising means for dispensing information and services for at least one of said entities including: | The representative terminal dispenses information and services from Azure Standard's website on behalf of at least one user according to the following elements: |
| a video screen; | The representative terminal uses an HP 2010 monitor, here the claimed "video screen." Landmark contends that its video screen is representative of those employed on the terminals that Azure Standard uses internally, as well as those used by Azure Standard's customers and Azure Standard internally. Indeed, Azure Standard's website is formatted, through its code, to render on video screens of various sizes, such as on iPads and iPhones. The sample of code from Azure Standard's website below shows that Azure Standard's website renders on video screens of various sizes: |

```javascript
    var css = window.getComputedStyle(this.element, null);
    var elementRect = this.element.getBoundingClientRect();
    params['elementWidth'] = parseInt(elementRect.width) ||
        parseInt(css.getPropertyValue('width'));
    params['elementHeight'] = parseInt(elementRect.height) ||
        parseInt(css.getPropertyValue('height'));
    return params;
};

GuestViewContainer.prototype.dispatchEvent = function(event) {
    return this.element.dispatchEvent(event);
};

// Returns a wrapper function for |func| with a weak reference to |this|.
GuestViewContainer.prototype.weakWrapper = function(func) {
    var viewInstanceId = this.viewInstanceId;
    return function() {
        var view = GuestViewInternalNatives.GetViewFromID(viewInstanceId);
        if (view) {
            return $Function.apply(func, view, $Array.slice(arguments));
        }
    }.
```

https://www.azurestandard.com/shop/category/food/beans-peas/28402



Azure Standard's Website Rendered on Various Video Screens

13

| | |
|---|---|
| | Alternatively, and to the extent that the claimed "video screen" is construed narrowly, Landmark contends that the representative terminal employs the claimed "video screen" through the doctrine of equivalents. LCD, LED, and OLED screens are such equivalents. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. |
| means for holding operational data including programming, informing, and inquiring sequences of data; | The representative terminal has an HP 160GB 10K rpm SATA 3.0Gb/s 2.5" Hard Disk Drive (here the "means for holding"), which holds the Windows 7 operating system, as well as the Opera browser and the HTML and Javascript provided by the Azure Standard website (collectively, the "programming, informing, and inquiring sequences of data"):<br><br>**QuickSpecs**        HP Compaq 6200 Pro Series<br><br>Data Storage Drives<br>  160-GB Hard Disk Drives<br>    HP 160GB 10K rpm SATA 3.0Gb/s 2.5" Hard Disk Drive<br>      Includes 3.5" adapter<br><br>(excerpted from "QuickSpecs" for HP Compaq 6200 Pro Series)<br><br>Alternatively, and to the extent that the claimed "means for holding" is construed narrowly, Landmark contends that the representative terminal employs the claimed "means for holding" through the doctrine of equivalents. Hard disk drives and solid-state drives are equivalent to read/write optical disks or video disks. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations.<br><br>Azure Standard's website informs users how to create accounts. "Additional emails receive account notifications, useful for including family/friends on account related activity" and likewise instructs to reenter or correct data as needed. |



https://www.azurestandard.com/my-account/emails

Azure Standard's website also provides inquiring sequences during product selection, which said operational data including programming, informing, and inquiring sequences of data are held by terminal.



https://www.azurestandard.com/my-account/drops

When a user selects a product characteristic via search, questions are fetched: namely, additional filters as well as in certain cases add to cart.



https://www.azurestandard.com/

Likewise, an additional inquiring sequences are fetched on the Azure Standard website when the website asks the user to filter by Food, Health & Beauty, Household & Family, etc. and address, shipping information, credit card number, etc.. Further, additional inquiring sequences are fetched in the event of an incorrect, incomplete or unrecognized data input.

The terminal fetches an additional inquiring sequence from Azure Standard's website and the one

or more servers that host it when the website asks the user to refine by category:



https://www.azurestandard.com/my-account/favorites

And, further, the terminal fetches an additional inquiring sequence from Azure Standard's website and the one or more servers that host it when the website prompts the user to enter his/her information in response to incorrect, incomplete or is unrecognized data input:



The representative terminal has an HP USB Standard Keyboard and HP USB Optical Mouse for manually entering information (here, collectively, the "means for manually entering information"):

https://www.azurestandard.com/checkout/shipping

**QuickSpecs**

HP Compaq 6200 Pro Series

means for manually entering information;

## Input/Output Devices

HP PS/2 Standard Keyboard

HP USB Standard Keyboard

HP USB Keyboard with USB ports

HP USB Smart Card (CCID) Keyboard

HP USB Mini Keyboard

HP USB and PS/2 Washable Keyboard

---

HP PS/2 Optical Mouse

HP USB Optical Mouse

HP USB Laser Mouse

HP USB and PS/2 Washable Mouse

(excerpted from "QuickSpecs" for HP Compaq 6200 Pro Series)

Use of Azure Standard's website requires the entry of information at the representative terminal. The sample of code below shows that Azure Standard's website handles "Fields" where information typically entered by the mouse, as well as "Keypress" functions for accepting information from a keyboard:

```
// record first keypress in a series, but ignore subsequent
// keypresses until debounce clears
var timeout = self._keypressTimeout;
if (!timeout) {
    self._breadcrumbEventHandler('input')(evt);
}
clearTimeout(timeout);
self._keypressTimeout = setTimeout(function() {
    self._keypressTimeout = null;
}, debounceDuration);
};
```

Sample Code from: https://www.azurestandard.com/

More generally, Azure Standard's website requires the manual entry of information at the representative terminal when the user logs into his/her account and when the user orders a product:



https://www.azurestandard.com/



https://www.azurestandard.com/

Alternatively, and to the extent that the claimed "means for manually entering information" is construed narrowly, Landmark contends that the representative terminal employs the claimed "means for manually entering information" through the doctrine of equivalents. A keyboard and mouse are equivalent to a touch pad. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations.

| | |
|---|---|
| means for storing information, inquiries and orders for said transactions entered by one of said entities via said means for manually entering information, and data received through and from said central processor; | The representative terminal stores information, inquiries and orders entered by the user via the keyboard and/or mouse in its HP 1 GB DIMM used for DDR3 SDRAM, its HP 160GB 10K rpm SATA 3.0Gb/s 2.5" Hard Disk Drive (collectively, the "means for storing") and internal data buffering. The representative terminal also stores some of the data received through and from Azure Standard's website and the one or more servers that host it (here, again, the "central processor") in its RAM and some in its hard disk drive. |

# QuickSpecs

HP Compaq 6200 Pro Series

Part Nu
AT02

- DDR3 Synchronous Dynamic Random Access Memory (SDRAM)

**System Memory**

 HP 1 GB DIMM

**Data Storage Drives**

**160-GB Hard Disk Drives**

 HP 160GB 10K rpm SATA 3.0Gb/s 2.5" Hard Disk Drive

  Includes 3.5" adapter

(excerpted from "QuickSpecs" for HP Compaq 6200 Pro Series)

| | |
|---|---|
| on-line means for transmitting said information, inquiries, and orders to said central processor; | The representative terminal uses an "ubee" UBC1302-BA00 modem communicating through the internet, here the "on-line means for transmitting," to transmit information, inquiries, and orders to Azure Standard's website and the one or more servers that host it (the "central processor"). Use of Azure Standard's website to order a product requires that the representative terminal transmit information, inquiries and orders to Azure Standard's website and the one or more servers that host it, when the user sends his/her responses to Azure Standard website inquiries regarding the type or quantity of product to be ordered, and sends his/her credit card information and order: |



https://www.azurestandard.com/

Alternatively, and to the extent that the claimed "on-line means for transmitting" is construed narrowly, Landmark contends that the representative terminal employs the claimed "on-line means for transmitting" through the doctrine of equivalents. Interim physical layers and protocols (i.e., 3G, 4G, LTE and WiFi) which reach the internet are equivalents of communication through modems connected to analog telephone lines. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations.

24

on-line means for receiving data comprising operator-selected information and orders from said central processor via said linking means;

The representative terminal uses a "ubee" UBC1302-BA00 modem communicating through the internet, here the "on-line means for receiving," to receive user-selected information and orders from the Azure Standard website and server (here, the "central processor"). The user accessing the Azure Standard website through the representative terminal may select information of various kinds, and orders by placing an order for a product or by logging into the Azure Standard website's "Log in" section:



https://www.azurestandard.com/

| | |
|---|---|
| | Alternatively, and to the extent that the claimed "on-line means for receiving" is construed narrowly, Landmark contends that the representative terminal employs the claimed "on-line means for receiving" through the doctrine of equivalents. Interim physical layers and protocols (i.e., 3G, 4G, LTE and WiFi) which reach the internet are equivalents of communication through modems connected to analog telephone lines. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. |
| means for outputting said informing and inquiring sequences on said video screen in accordance with preset routines and in response to data entered through said means for entering information; | The representative terminal outputs the informing and inquiring sequences provided to it by Azure Standard's website and one or more servers on its video screen in accordance with HTML and Javascript (here "preset routines") that render the Azure Standard website into the corresponding monitor frame. *See supra* (showing sample of HTML and Javacript code from Azure Standard's website that renders the site on video screens of various sizes). Azure Standard's website is output on the representative terminal in response to user selections made through the keyboard or mouse, the user's decision to log into his/her account, and other user-entered data tracked by Azure Standard's cookies, as described below.<br><br>Alternatively, and to the extent that the claimed means of this element is construed narrowly, Landmark contends that the representative terminal employs the claimed language through the doctrine of equivalents. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. |

means for controlling said means for storing, means for outputting, and means for transmitting, including means for fetching additional inquiring sequences in response to a plurality of said data entered through said means for entering and in response to information received from said central processor;

The architecture of the representative terminal, the HP Compaq 6200 Pro Desktop PC, is such that its DMA functionality is achieved in a mastered bus system separate from its Intel Pentium G620 Dual-Core Processor's front-side bus. The representative terminal's chipset is structured according to the "PCI Express" bus architecture standard and "SMBus" specification:

# QuickSpecs

HP Compaq 6200 Pro S

*Technical Specifications - Communications*

| | |
|---|---|
| Bus architecture | PCI Express and SMBus |
| System Interface | PCI Express x1 |
| Controller | Intel WG82574L Gigabit Ethernet Controller |
| Memory | Integrated Dual 48K configurable transmit receive FIFO Buffers |
| Data rates supported | 10/100/1000 Mbps |
| Compliance | IEEE 802.1P, 802.1Q, 802.2, 802.3, 802.3AB and 802.3u compliant, 802.3x flow c |
| Bus architecture | PCI-E 1.0a |
| Data path width | X1, 250 MB/s, Bi-directional interface |
| Data transfer mode | Bus-master DMA |

(excerpted from "QuickSpecs" for HP Compaq 6200 Pro Series)

*See generally* https://en.wikipedia.org/wiki/PCI_Express & https://en.wikipedia.org/wiki/System_Management_Bus

Here, the processor, along with its architecture, is the claimed "means for controlling." This architecture achieves a separation between the computer's performance-critical capabilities handled by the CPU and other, less performance-critical capabilities such as communication (input/output or "IO"), including the DMA functionality. The representative terminal is thereby able to control the RAM and hard disk drive ("means for storing"), the monitor displaying the website presentation ("means for outputting"), and the modem communicating through the internet ("means for transmitting") concurrently. Accessing the Azure Standard website requires concurrent use of these components: when the representative terminal accesses the Azure Standard website, it

27

receives data via its modem, which is stored in RAM Memory and in the hard disk drive, compiled and output on the monitor.

Further, when the representative terminal uses the Azure Standard website, it fetches through its modem communicating through the internet (here, the "means for fetching") additional questions from the Azure Standard website in response to a plurality of data entered by the user on the keyboard and mouse in order to search said textual information and graphical information through said selected entry path means and for fetching data as a function of other data and in response to information received from Azure Standard's website and one or more servers:

When the user forward chains to a product from the Azure Standard website via search or hierarchically linked groups, here "Baking & Pantry," he may enter a plurality of data via the keyboard and mouse, selecting the "items", "options", "categories", "tag", "brand", etc.



https://www.azurestandard.com/shop/category/food/baking-pantry/26644

In response to this plurality of data, and to information received from the central processor— here, that the item has been added to your Cart at the Azure Standard website—an additional question is fetched: namely, Billing address, Shipping address, etc..



https://www.azurestandard.com/

The code from Azure Standard's website shows that, in the process, the terminal fetches data from the website via the bus dedicated to relatively less performance-critical I/O functions, while rendering that data at speed by compiling it via another bus dedicated to capabilities handled by the CPU.

```
 1 (function e(t,n,r){function s(o,u){if(!n[o]){if(!t[o]){var a=typeof require=="function"&&require;if(!u&&a)retur
 2 require(".,/services/disqus").init()}),require(".,/services/loadmore").init()}),require(".,/services/affix").init(),/servi
 3 },{".,/services/addthis":2,".,/services/affix":3,".,/services/banner-slider":4,".,/services/breadcrumbs":5,".,/servi
 4 var $=jQuery;function initToolbox(){if(window.addthis){addthis.toolbox(".addthis_toolbox")}}module.exports={ini
 5 },{}]}:3:[function(require,module,exports){
 6 var $=jQuery;var $affixed=$();function load(){$affixed=$("[data-behavior=affix]",.affix-me")}if(!$affixed.len
 7 },{}]}:4:[function(require,module,exports){
 8 var $=jQuery;var carousels=[];function load(){carousels=[];$("BannerSlider-flickitize").each(function(){var p
 9 },{}]}:5:[function(require,module,exports){
10 var $=jQuery;var environment=require(".,/util/environment");var fadeWidth=60;function Breadcrumbs(){}$.extend(B
11 },{".,/util/environment":18}],6:[function(require,module,exports){
12 var $=jQuery;var carousels=[];function load(){carousels=[];$("ProductCarousel-flickitize").each(function(){va
13 },{}]}:7:[function(require,module,exports){
14 var environment=require(".,/util/environment");var $=jQuery;var Disqus=function(){}$.extend(Disqus.prototype,{
15 },{".,/util/environment":18}],8:[function(require,module,exports){
16 var $=jQuery;var carousels=[];function load(){carousels=[];$("FeaturedPosts-flickitize").each(function(){$(th
17 },{}]}:9:[function(require,module,exports){
18 var $=jQuery;var environment=require(".,/util/environment");module.exports={init:function(){function flickitize
19 },{".,/util/environment":18}],10:[function(require,module,exports){
20 var $=jQuery;var environment=require(".,/util/environment");module.exports={init:function(){var interval,timeou
21 },{".,/util/environment":18}],11:[function(require,module,exports){
22 var $=jQuery;module.exports={init:function(){this.watchResize()},watchResize:function(){var timeout;$(function(
23 },{}]}:12:[function(require,module,exports){
24 var $=jQuery;var Intention=require(".,/util/intention");var _=require("underscore");module.exports={init:functi
25 },{".,/util/intention":19,"underscore":20}],13:[function(require,module,exports){
26 var $=jQuery;var environment=require(".,/util/environment");function LoadOnScroll(){var update=$.proxy(this.upd
27 },{".,/util/environment":18}],14:[function(require,module,exports){
28 var $=jQuery;var LoadMore={init:function(){$("body").on("click",",[data-action=load-more]",LoadMore.onClick)},
29 },{}]}:15:[function(require,module,exports){
30 var $=jQuery;module.exports={init:function(){$(document).on("submit",".form.searchform",function(e){if(window.an
31 },{}]}:16:[function(require,module,exports){
32 var $=jQuery;var openBrowsers=[];function toggleBrowser(e){if(e&&e.preventDefault())e.stopPro
33 },{}]}:17:[function(require,module,exports){
```

Code from: https://www.azurestandard.com/

Likewise, an additional inquiring sequence is fetched during Checkout on the Azure Standard website when the website asks the user for his/her Azure Drop. Further, an additional inquiring sequence is fetched in the event that the Azure Drop are in error when an order is placed.

The user selects a product to order:



https://www.azurestandard.com/shop/category/food/baking-pantry/26644?subcategories=true

The user selects a product:



https://www.azurestandard.com/shop/product/food/baking-pantry/baking-soda/baking-soda/6490?package=BP008

The terminal fetches additional inquiring sequences from Azure Standard's website and the one or more servers that host it when the website asks the user to select specific item quantity and based on those selections the terminal fetches additional data:



https://www.azurestandard.com/checkout/shipping

The terminal fetches an additional inquiring sequence from Azure Standard's website and the one or more servers that host it when the website asks the user to provide and Azure Drop during terminal operation:

And, further, the computer fetches an additional inquiring sequence from Azure Standard's website and the one or more servers that host it when the website prompts the user to re-enter information in response to information being determined to be incomplete, invalid or incorrect:

Alternatively, and to the extent that the claimed "means for controlling" is construed narrowly,

| | Landmark contends that the representative terminal employs the claimed "means for controlling" through the doctrine of equivalents. DMA functionality achieved along a bus other than the front-side bus is equivalent to a DMA unit placed along a bus other than the front-side bus. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. |
|---|---|
| said informing sequences including directions for operating said terminal, and for presenting interrelated segments of said operational data describing a plurality of transaction operations | The representative terminal accessing Azure Standard's website and the one or more servers that host it downloads directions for its operation when the user attempts to login to his/her account, which is an example of the said informing sequences including directions for operating said terminal, and for presenting interrelated segments of said operational data. Azure Standard's website informs users how to create accounts "Additional emails receive account notifications, useful for including family/friends on account related activity" and likewise instructs to reenter or correct data as needed. |

34



Additionally, the representative terminal is provided directions for presenting a plurality of transaction operations by Azure Standard's website and the one or more servers that host it, i.e., menu options with directions that describe a plurality of transaction operations.

https://www.azurestandard.com/healthy-living/about-us/get-organic-products-delivered/



https://www.azurestandard.com/healthy-living/

36



https://www.azurestandard.com/healthy-living/

Similarly, users are presented a plurality of options for shopping for products and directed to select Food, Health & Beauty, Household & Family, etc. and address, shipping information, etc.

said programming sequences including means for interactively controlling the operation of said video screen, data receiving and transmitting means; and for selectively retrieving said data from said means for storing;

The representative terminal accessing Azure Standard's website and the one or more servers that host it, via the architecture described *supra*, is able to interactively control the operation of said video screen and modem, and selectively retrieve data from the hard disk drive. The representative terminal employs software, namely the Opera Browser for accessing the HTML, and Javascript at Azure Standard's website (collectively, the "means for interactively controlling"), which interactively control the operation of the computer's video screen and the modem when accessing Azure Standard's website and the one or more servers that host it, and selectively retrieve data from the computer's hard disk drive. When the computer's browser accesses Azure Standard's website and the one or more servers that host it, they cause the browser to place a "cookie" on the computer, which records the user's browsing activity on Azure Standard's website.



https://www.azurestandard.com/

*See generally* https://en.wikipedia.org/wiki/HTTP_cookie

Azure Standard's cookies personalize the user experience by allowing users to store items in their Shopping Cart. The cookie is retrieved from the hard disk during later visits and this data is then returned to the Azure Standard website, allowing it to recognize you automatically whenever you visit the site so that they can personalize your user experience. Thus, the representative terminal's browser and the cookies placed on the computer by Azure Standard's website and the one or more servers that host it, interactively control the user's experience of the Azure Standard website,

| | |
|---|---|
| | allowing certain features (the Shopping Cart and personalized information) to be transmitted to the representative terminal and display on its video screen. |
| said means for storing comprising means for retaining said operational sequencing list and means responsive to the status of the various means for controlling their operation; | The representative terminal retains the HTML and Javascript from Azure Standard website's in RAM memory and on its hard disk drive, and also retains the Windows 7 operating system and Opera browser on its hard disk drive. Both the RAM memory and the hard disk drive are responsive to the representative terminal's CPU and Opera browser.

Alternatively, and to the extent that the claimed means of this element is construed narrowly, Landmark contends that the representative terminal employs the claimed language through the doctrine of equivalents. The Accused Instrumentality is capable of achieving substantially similar results using insubstantially different operations. |

said central processor further including: means responsive to data received from one of said terminals for immediately transmitting selected stored information to said terminal; and means responsive to an order received from a terminal for updating data in said means for storing; whereby said system can be used by said entities, each using one of said terminals to exchange information, and to respond to inquiries and orders instantaneously and over a period of time.

Azure Standard's website and the one or more servers that host it respond to data received from the representative terminal by transmitting information selected from storage back to the computer. In response to user selection of products or links on Azure Standard's website, or in response to text entered into the search field on Azure Standard's website, Azure Standard's website and one or more servers transmit selected information from storage back to the computer (sending further information on a product, a linked webpage, or search results back to the computer). Likewise, when Azure Standard's website and one or more servers receive data from the computer's "cookie," they respond by transmitting the Shopping Cart functionality in a personalized way (i.e., with the user-selected products placed therein) or by transmitting personalized product recommendations.

When users place orders on Azure Standard's website, the user's order history is updated in his/her "My Account" section, which is stored on one or more servers.



https://www.azurestandard.com/my-account/drops

40

The system described above can be utilized by users of the representative terminal to exchange information with Azure Standard's website and the one or more servers that host it, and respond to inquiries and orders instantaneously and over a period of time.

Alternatively, and to the extent that the claimed means of this element is construed narrowly, Landmark contends that the representative terminal employs the claimed language through the doctrine of equivalents. The Accused Instrumentality is capable of achieving substantially similar results using in substantially different operations.