**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600


**John A. Lee** (admitted *pro hac vice*)
Banie & Ishimoto LLP
3705 Haven Ave #137
Menlo Park, CA 94025
Telephone: (650) 241-2774
jlee@banishlaw.com

Attorneys for Plaintiff Landmark Technology, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **LANDMARK TECHNOLOGY, LLC, a California limited liability company,**<br><br>        Plaintiff,<br><br> v.<br><br>**AZURE FARMS, INC., an Oregon corporation**<br>        Defendant. | Civil Case No.: 3:18-cv-01568-JR<br><br>**JOINT CLAIM CONSTRUCTION STATEMENT AND PREHEARING STATEMENT** |

The parties jointly submit attached to this statement charts with their individual constructions and supporting evidence. Plaintiff Landmark Technology, LLC's constructions and supporting evidence is attached as Exhibit A and Azure Farms, Inc.'s constructions and supporting evidence is attached as Exhibit B.

DATED this 17th day of October, 2019.

/s/ Jennifer Ishimoto

**John A. Lee** (admitted *pro hac vice*)
**Jennifer Ishimoto** (admitted pro hac vice)
Banie & Ishimoto LLP
3705 Haven Ave #137
Menlo Park, CA 94025
Telephone: (650) 241-2774
jlee@banishlaw.com
ishimoto@banishlaw.com

**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600

Attorneys for Plaintiff
Landmark Technology, LLC

/s/ Rachael D. Lamkin

**Rachael D. Lamkin (pro hac)**
RDL@LamkinIPDefense.com
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091

**Tamsen L. Leachman, OSB No. 044929**
Email: tamsen.leachman@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140

Attorneys for Defendant
Azure Farms, Inc.

# CERTIFICATE OF SERVICE

On this date, October 17, 2019, the following documents were served upon Azure's counsel of record through the Court's ECF System:

**JOINT CLAIM CONSTRUCTION STATEMENT AND PREHEARING STATEMENT**

s/ Jennifer Ishimoto

**Jennifer Ishimoto** (admitted pro hac vice)
Banie & Ishimoto LLP
3705 Haven Ave #137
Menlo Park, CA 94025